IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOSEPH D. SMITH, | ) |
| Plaintiff, | ) |
| v. | ) No. 03-2360 Ml/An |
| ROSENTHAL COLLINS GROUP, LLC, MAUREEN C. DOWNS and DOUGLAS O. KITCHEN, | ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINES AND RESETTING OF TRIAL DATE**

Before the Court is the Joint Motion for Extension of Deadlines and Resetting of Trial Date, filed June 15, 2005. Good cause having been shown, the Court GRANTS the motion and modifies the Rule 16(b) Scheduling Order as follows:

Filing Dispositive Motions: July 6, 2005

The non jury trial in this matter is set to begin Monday, September 26, 2005, at 9:30 a.m. in courtroom no. 4.

A pretrial conference is set for Monday, September 19, 2005, at 8:45 a.m.

The pretrial order is due by no later than 4:30 p.m. on Monday, September 12, 2005.

Absent good cause, the dates established by this order shall not be extended or modified.

So ORDERED this 23th day of June, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 6-24-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 96 in case 2:03-CV-02360 was distributed by fax, mail, or direct printing on June 24, 2005 to the parties listed.

---

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Jeffery Atchley
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Honorable Jon McCalla
US DISTRICT COURT