IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOSEPH D. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 03-2360 Ml/An |
| | ) |
| ROSENTHAL COLLINS GROUP, LLC | ) |
| MAUREEN C. DOWNS and | ) |
| DOUGLAS O. KITCHEN | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF DEADLINE TO SUBMIT PRETRIAL ORDER AND DEFENDANTS' MOTION FOR EXTENSION OF DEADLINE TO SUBMIT PRETRIAL ORDER**

Before the Court are the parties' Joint Motion and Supporting Memorandum for Extension of Deadline to Submit Pretrial Order, filed September 12, 2005, and Defendants' Motion and Supporting Memorandum for Extension of Deadline to Submit Pretrial Order, filed September 13, 2005. Good cause having been shown, the Court GRANTS both motions.

So ORDERED this 15 day of September, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-14-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 105 in case 2:03-CV-02360 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Jeffery Atchley
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Honorable Jon McCalla
US DISTRICT COURT