IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY **WBE** D.C.

05 DEC 22 PM 4: 27

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| JOSEPH D. SMITH, | ) | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | ) | |
| v. | ) | No. 03-2360 Ml/An |
| ROSENTHAL COLLINS GROUP, LLC, | ) | |
| Defendant. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court at a non-jury trial from September 26, 2005, through September 29, 2005, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Opinion and Order Following Non-Jury Trial, entered December 22, 2005, judgment is hereby entered in favor of the Defendant, and, accordingly, this case is DISMISSED with prejudice.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT COURT

Dec. 22, 2005
Date

THOMAS M. GOULD
Clerk of Court

(By) /s/ Judy Easley
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-27-05

118

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 118 in case 2:03-CV-02360 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

Carolyn Howard
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Melissa Kimberly Hodges
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Thomas L. Henderson
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Jeffery Atchley
NORWOOD HOWARD & ATCHLEY
1407 Union Ave.
Ste. 807
Memphis, TN 38104--362

Honorable Jon McCalla
US DISTRICT COURT